# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KENNETH EICHMAN, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>LINCARE HOLDINGS INC., a Delaware corporation, LINCARE INC., a Delaware corporation, LINCARE PHARMACY SERVICES, INC., a Delaware corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 1:22-cv-00973-AWI-EPG<br><br>Honorable Anthony W. Ishii<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION EXTENDING OPPOSITION AND REPLY BRIEF DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>Action Filed: June 21, 2022<br>Action Removed to Federal Court: August 4, 2022 |

Before the Court is the Stipulation Extending Opposition and Reply Brief Deadlines Regarding Defendant Lincare Holdings Inc., Lincare Inc., and Lincare Pharmacy Services, Inc.'s forthcoming Motion to Dismiss. The Stipulation is hereby **GRANTED** for good cause shown and based on the grounds set forth in the Stipulation. It is hereby **ORDERED** that Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss is September 29, 2022, and Defendants' deadline to file their Reply to Plaintiff's Opposition to their Motion to Dismiss is October 13, 2022.

IT IS SO ORDERED.

Dated:  September 2, 2022                                  _____
                                                                                SENIOR  DISTRICT  JUDGE

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING OPPOSITION AND REPLY BRIEF DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS
Case No. 1:22-cv-00973-AWI-EPG

85008794.1