# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KENNETH EICHMAN, an individual, and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>LINCARE HOLDINGS INC., a Delaware corporation, LINCARE INC., a Delaware corporation, LINCARE PHARMACY SERVICES, INC., a Delaware corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 1:22-cv-00973-AWI-EPG<br><br>Honorable Anthony W. Ishii<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF KENNETH EICHMAN AND DEFENDANTS LINCARE HOLDINGS INC., LINCARE INC. AND LINCARE PHARMACY SERVICES, INC.'S JOINT MOTION TO TRANSFER VENUE |

## ORDER

The Court, having reviewed and considered the Joint Motion to Transfer Venue, and good cause appearing therefore, hereby issues the following FINDINGS and ORDERS:

1. This case could have been brought in the United States District Court for the Middle District of Florida. Florida is the location where a "substantial portion" of the underlying events occurred; Florida is the location where the vast majority of the conduct allegedly relevant to Plaintiff's claims transpired; Defendants' Information Technology Department is headquartered in Clearwater, Florida, including all decision-makers responsible for the implementation, revision, and maintenance of policies relating to information security measures; there are currently five separate actions concerning the same incident already filed in the Middle District of Florida; and the Middle District of Florida would best serve the convenience of the Parties. This Court therefore finds that transfer of venue from

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING OPPOSITION AND REPLY BRIEF DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS
Case No. 1:22-cv-00973-AWI-EPG

85166589.1

the Eastern District of California to the Middle District of Florida is appropriate for the convenience of the parties and witnesses and will further the interests of justice.

2. The Joint Motion to Transfer Venue of this case to the United States District Court for the Middle District of Florida is therefore **GRANTED**.

3. This case is hereby **TRANSFERRED** to the United States District Court for the Middle District of Florida, for all further proceedings pursuant to 28 U.S.C. § 1404 (a).

4. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, forthwith.

5. The October 24, 2022 hearing on the joint motion to transfer is VACATED.

IT IS SO ORDERED.

Dated:  September 23, 2022              _____
                                        SENIOR DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING PLAINTIFF AND DEFENDANTS' JOINT MOTION TO TRANSFER VENUE
Case No. 1:22-cv-00973-AWI-EPG

85166589.1