# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE LINCARE HOLDINGS INC.　　　　　　　　Case No. 8:22-cv-1472-TPB-AAS
DATA BREACH LITIGATION

_____/

## ORDER GRANTING MOTION TO CONSOLIDATE

　　This matter is before the Court on "Plaintiffs' Third Unopposed Motion to Consolidate," filed on September 21, 2022.  (Doc. 48).  In the motion, Plaintiffs seek to consolidate *Kennedy v. Lincare Holdings Inc.*, 8:22-cv-2275-TPB-SPF (the "*Kennedy*" action), *Eichman v. Lincare Holdings Inc.*, 8:22-cv-2173-TPB-SPF (the "*Eichman*" action), *B.B. v. Lincare Holdings, Inc.*, 8:22-cv-2550-AEP (the "*B.B.*" action), and *Burton v. Lincare Holdings, Inc.*, 8:22-cv-02276-AEP (the "*Burton*" action) with this already consolidated case, 8:21-cv-1472-TPB-AAS (M.D. Fla.) ("*In re Lincare Holdings Inc. Data Breach Litig.*").

　　These actions involve identical or substantially similar parties, facts, and legal issues such that it would appear to be an exceedingly inefficient use of judicial and party resources to allow essentially the same dispute to be litigated concurrently in three separate lawsuits in the same Court before the same judge. The Court finds that consolidation would therefore promote the interests of judicial economy and convenience, and that consolidation would not appear likely to yield any substantial inconvenience, delay, or expense for the Court or the parties. Moreover, the Court finds that consolidation would not lead to prejudice or possible

confusion, unfair burdens on the parties or witnesses, or undue delay to resolve the consolidated case. For these reasons, and given the parties' consent to consolidation, the Court will exercise its discretion to consolidate the *Kennedy*, *Eichman, B.B.,* and *Burton* actions with *In re Lincare Holdings Inc. Data Breach Litig.* pursuant to Federal Rule of Civil Procedure 42(a) for all purposes, including discovery and trial.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The motion to consolidate (Doc. 48) is **GRANTED**.
2. The actions listed under Case Nos. 8:22-cv-2275-TPB-SPF, 8:22-cv-2173-TPB-SPF, 8:22-cv-2550-TPB-AEP, and 8:22-cv-2276-TPB-AEP are hereby **CONSOLIDATED** under **MASTER CASE NUMBER** 8:22-cv-1472-TPB-AAS (the "Consolidated Case").
3. This action shall proceed under the Consolidated Case, and all subsequent filings shall be made in the Consolidated Case.
4. The Court denies as moot and without prejudice to being re-filed in the Consolidated Case any motions filed and pending in the *Kennedy, Eichman, B.B.,* and *Burton* actions.
5. The Clerk is directed to administratively close Case Nos. 8:22-cv-2275-TPB-SPF, 8:22-cv-2173-TPB-SPF, 8:22-cv-2550-TPB-AEP, and 8:22-cv-2276-TPB-AEP.

6. The Clerk shall promptly docket notice of the entry of this Order in Case Nos. 8:22-cv-2275-TPB-SPF, 8:22-cv-2173-TPB-SPF, 8:22-cv-2550-TPB-AEP, and 8:22-cv-2276-TPB-AEP.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 30th day of November, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**